UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00163-LDG-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| JONATHAN RICHARD CALL, | |
| Defendant. | |

The Defendant was Sentenced on Monday, January 16, 2014 to no custody.

For good cause showing the Court hereby Orders the PR Bond exonerated.

DATED this _5_ day of February, 2014

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE